U.S. Magistrate Judge J. Kelly Arnold

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| JACQUELINE SATHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. 06-5322FDB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER |

The administrative record was filed in this case on August 23, 2006.

Counsel has agreed to amend the Scheduling Order entered on August 25, 2006; and shall now conform to the following amended briefing schedule:

Plaintiff's Opening Brief to be filed on or before October 30, 2006.

Defendant's Answering Brief to be filed on or before November 29, 2006.

Plaintiff's Reply Brief to be filed on or before December 14, 2006.

This appeal will be considered upon the written submissions unless the Court should order oral argument.

///

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER   1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON 98310
(360) 373-8844

///

The clerk is to direct copies of this Order to all counsel of record.

DATED this 20th day of September, 2006.

*s/ Sherri Allen*
SHERRI ALLEN –WSBA No. 27410
Attorney for Plaintiff

*s/ Sherri Allen*
BRIAN C. KIPNIS
Assistant U.S. Attorney
(signed per oral authorization)

IT IS SO ORDERED this 22nd day of September, 2006.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT
OPENING BRIEF AND AMEND SCHEDULING ORDER   2

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON 98310
(360) 373-8844