U.S. Magistrate Judge J. Kelley Arnold

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JACQUELINE SATHER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | CASE NO. C06-5322FDB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO SUBMIT OPENING BRIEF AND AMEND SCHEDULING ORDER |

IT IS HEREBY ORDERED that Plaintiff's Opening Brief shall be filed on or before November 13, 2006, Defendant's Answering Brief to be filed on or before December 13, 2006, and Plaintiff's Reply Brief shall be filed on or before December 27, 2006, and the Scheduling Order is hereby amended accordingly.

IT IS SO ORDERED this 31st day of October, 2006.

　　　　　　　　　　　　*/s/ J. Kelley Arnold*
　　　　　　　　　　　　J. KELLEY ARNOLD
　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

ORDER TO EXTEND TIME AND AMEND SCHEDULING
ORDER  CV 06-5322 [PROPOSED]    1

LAW OFFICE OF SHERRI ALLEN, INC., P.S.
P. O. BOX 2209
BREMERTON, WASHINGTON  98310
(360) 373-8844