# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACQUELINE SATHER

        v.

JO ANNE B. BARNHART,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C06-5322FDB

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Attorney Fees in the amount of $5,193.72 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, and reimbursement of costs in the amount $32.92 pursuant to 28 U.S.C. § 1920.

    February 28, 2007                                         BRUCE RIFKIN
Date                                                                         Clerk

                                                                              *s/Caroline M. Gonzalez*
                                                                              Deputy Clerk